**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**VALENCIA RENA GARNER,**

**Plaintiff,**

**v.** **Case No. 3:26-cv-4763-MCR-HTC**

**JOHN HEEKIN,**

**Defendant.**
______________________________/

# ORDER

The Magistrate Judge issued a Report and Recommendation on August 3, 2026. ECF No. 6. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation, ECF No. 6, is adopted and incorporated by reference in this Order.

2. This case is DISMISSED as frivolous.

3. The clerk is directed close the file.

**DONE AND ORDERED** this 3rd day of November 2026.

*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**